Law Office of
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

January 21, 2021

VIA ECF

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>**MEMO ENDORSED**</u>

    Re:   *United States v. Andrei Rusu*
             19 Cr. 651 (LTS)
             <u>Consent Request to Adjourn Status Conference</u>

Dear Judge Swain:

    Reference is made to the status conference currently scheduled for February 4, 2021 in the above-entitled case and the Court's Order of January 19, 2021 regarding requesting an adjournment in this matter. After conferring with the government and attaining their consent, it is respectfully requested that the status conference be adjourned on consent until March 9, 2021 or any time thereafter convenient for the Court.

    Defense counsel consents to the exclusion of time from speedy trial calculations pursuant to 18 USC § 3161(h)(7)(A) to allow for continued plea discussions.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

---

The application is granted. The conference is adjourned to March 9, 2021, at 9:00 a.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through March 9, 2021, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above. DE# 451 resolved. SO ORDERED.
Dated: 1/21/2021
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ