UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                           No. 19 CR 651-LTS

-against-

ANDREI RUSU,

                        Defendant.
-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Rusu regarding his relationship with his attorney and requesting appointment of substitute counsel. That letter will be provided to Mr. Oksenhendler and filed under seal. Mr. Oksenhendler is hereby directed to discuss the issues raised in the letter with Mr. Rusu promptly.

A conference is hereby scheduled for **February 11, 2021, at 12 p.m. noon**, at which any application for change of counsel will be heard.

SO ORDERED.

Dated: New York, New York
        January 28, 2021

                                                                         /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        United States District Judge