UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                         No. 19 CR 651-LTS

        -against-

ANDREI RUSU,

                         Defendant.
-------------------------------------------------------x

## AMENDED ORDER

        The upcoming conference in this matter is hereby **rescheduled** for **February 11, 2021, at 1 p.m.**

        SO ORDERED.

Dated: New York, New York
          February 1, 2021

                                                             /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                             United States District Judge