UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                                     :     **SUPPLEMENTAL**
UNITED STATES OF AMERICA      :     **PROTECTIVE ORDER**
                                                     :
    - v. -                         :
                                                     :     S4 19 Cr. 651 (LTS)
ANDREI RAZVAN RUSU,         :
                                                   :
               Defendant.     :
                                                   :
- - - - - - - - - - - - - - - - x

    WHEREAS, on December 2, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Guy Oksenhendler, Esq. (Dkt. No. 387);

    WHEREAS, on February 11, 2021, Grainne O'Neill, Esq., was appointed as substitute as counsel for the defendant;

    IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, United States Attorney, by Elizabeth A. Hanft, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Ms. O'Neill, counsel for the defendant, that Ms. O'Neill is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if she was an original signatory thereto.

Dated:    New York, New York
             February 16, 2021
                     DE# 494 resolved.
                     SO ORDERED:

                     /s/ Laura Taylor Swain
                     THE HONORABLE LAURA TAYLOR SWAIN
                     UNITED STATES DISTRICT JUDGE
                     SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Protective Order**

I, Grainne O'Neill, Esq., have read and reviewed the Protective Order entered on December 2, 2020, in the case of *United States v. Andrei Razvan Rusu*, S4 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.

*Grainne E. O'Neill*
_____
Grainne O'Neill, Esq.
Attorney for Andrei Razvan Rusu

Case 1:19-cr-00651-LTS Document 496 Filed 02/17/21 Page 2 of 2