UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                         No. 19CR651-LTS

ANDREI RUSU (26),

                Defendant.

-------------------------------------------------------------X

### ORDER

      Guy Oksenhendler, Esq., is relieved as CJA counsel for the defendant. Grainne O'Neill, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter. Ms. O'Neill's appointment is nunc pro tunc as of February 11, 2021.

      SO ORDERED.

Dated: New York, New York
       February 18, 2021

                                                /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge