**O'NEILL / HASSEN**                                    Attorneys at Law

April 1, 2021

VIA ECF
Honorable Laura Taylor Swain                    MEMO ENDORSED
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Andrei Rusu,* 19 Cr. 651 (LTS)

Dear Judge Swain:

      I represent Andrei Rusu in the above-captioned case. I am writing to request an adjournment to the status conference, currently scheduled for April 16, 2021. As the Court is aware, I was appointed to represent Mr. Rusu earlier this year and we are still in the beginning stages of reviewing the discovery. Additionally, the parties continue to engage in plea negotiations in hopes of resolving this matter short of trial. The government consents to this request.

      I thank the Court for its attention to this matter.

The foregoing adjournment request is granted, for the reasons stated above. The conference is adjourned to May 14, 2021, at 11:00 a.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 14, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of 9 a.m. and 2 p.m. on May 14, 2021, as much as possible.  DE# 569 resolved.
SO ORDERED.
4/5/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net        6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA